594

**George A. BONNELL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Bullitt Circuit Court; Charles R. Richardson, Judge.

J. D. Buckman, Jr., Shepherdsville, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

**Acey Frank HURST, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Whitley Circuit Court; Pleas Jones, Judge.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, J. Vincent Aprile, II, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Junior McArthur SEXTON, Appellant,**

v.

**SOUTH EAST COAL COMPANY et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Letcher Circuit Court; F. Byrd Hogg, Judge.

Carl Swanger, Jr., Swanger & Benton, Lexington, Ronald G. Polly, Polly & Craft, Whitesburg, for appellant.

William A. Rice, Gayle G. Huff, Rice & Huff, Harlan, Robert D. Hawkins, Chief Counsel, Murvel E. Combs, Counsel, Special Fund, Dept. of Labor, Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Armel L. MULLINS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 12, 1973.

Appeal from Morgan Circuit Court; Ralph N. Walter, Judge.

Armel L. Mullins, pro se.

Ed W. Hancock, Atty. Gen., G. Edward James, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM.*

* Opinion ordered not to be published.